# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

SMITH INTERNATIONAL, INC.

VERSUS

WELLBORE INTEGRITY
SOLUTIONS, LLC

NO.  2023 CW 0126

**JUNE 1, 2023**

---

In Re:    Wellbore  Integrity  Solutions,  LLC,  applying  for
supervisory  writs,  17th  Judicial  District  Court,
Parish of Lafourche, No. 145398.

---

BEFORE:    GUIDRY, C.J., CHUTZ AND WOLFE, JJ.

**WRIT  DISMISSED.**    This  writ  application  is  dismissed
pursuant  to  relator's  motion  to  dismiss  advising  that  the
parties  have  entered  into  a  settlement  whereby  Smith
International, Inc. has agreed to dismiss its claims against
relator with prejudice.   Accordingly, this writ application is
now moot.

**JMG**
**WRC**
**EW**

COURT OF APPEAL, FIRST CIRCUIT

<u>DEPUTY CLERK OF COURT</u>
FOR THE COURT